IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:11MC85 |
| | ) | |
| Petitioner, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | NOTICE OF VOLUNTARY DISMISSAL |
| | ) | OF PETITION TO ENFORCE INTERNAL |
| RICHARD R. SCHROPP | ) | REVENUE SERVICE SUMMONS |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

On October 4, 2011, Petitioner United States of America filed a Petition to Enforce Internal Revenue Service Summons. The Revenue Officer assigned to this matter contacted the United States Attorney's Office on October 17, 2011 to advise said office that he can no longer locate Respondent in order to serve the Petition.  Therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner voluntary dismisses its Petition to Enforce Internal Revenue Service Summons.

>Respectfully submitted,
>
>STEVEN M. DETTELBACH
>United States Attorney
>
>/s/Holly Taft Sydlow
>Holly Taft Sydlow (0001122)
>Assistant U.S. Attorney
>Four Seagate, Suite 308
>Toledo, Ohio 43604-2624
>Voice: 419-259-6376
>Fax: 419-259-6360
>Holly.Sydlow@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2011, a copy of the foregoing Notice of Voluntary Dismissal of Petition to Enforce Internal Revenue Service Summons was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of the foregoing was also sent by regular U.S. Mail, postage prepaid, to the following at last known address:

Richard Schropp
725 Wyman Street
Toledo, Ohio 43609

>/s/ Holly Taft Sydlow
>Holly Taft Sydlow
>Assistant U. S. Attorney